

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00878-CR

The **STATE** of Texas,
Appellant

v.

Saul Cirino **GREGEDA**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13784CR
Honorable Dennis Powell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order granting Saul Cirino Gregeda habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED July 17, 2024.

_____
Irene Rios, Justice